UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LAWRENCE ONYEUGBO, § | |
| Plaintiff, § | |
| v. § | Civil Action No. 3:22-CV-1719-B-BH |
| § | |
| THE PROVIDENCIA GROUP LLC, § | |
| Defendant. § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendant's Motion to Dismiss and Brief in Support,* filed October 3, 2022 (doc. 11), is **GRANTED**. By separate judgment, the plaintiff's claims against the defendant will be **DISMISSED with prejudice**.

SIGNED this 12th day of June, 2023.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE